UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the Matter of the Application of
Christopher L. Hale ,

for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e)

Misc. No. 20 - 422 ( GAG )

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the Florida State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

## PERSONAL DATA

- Name:

| Hale | Christopher | L | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: Florida 339880
- Agency Affiliation: Environmental Crimes Section
  U.S. Department of Justice
- Mailing Address: 150 M Street NE, Suite 4.117

City: Washington   State: DC   Zip Code: 20002

Phone Number: 202-305-0327   FAX Number: 202-514-8865

- Email Address: christopher.hale@usdoj.gov

## EDUCATION

Undergraduate School: University of Miami (Coral Gables, FL)   Year Graduated: 1995

Graduate School: Duke University School of the Environment   Year Graduated: 2000

Law School: Duke University Law School   Year Graduated: 2000

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

■ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):

Florida (active Bar No. 339880) - admitted September 2000

District of Columbia (inactive Bar No. 472350) - admitted May 2001

Republic of Palau (inactive) - admitted September 2004

■ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):

U.S. District Court for the District of Virgin Islands - admitted March 2010

U.S. Court of Appeals for the Armed Forces - admitted November 2000

U.S. Patent Bar (Reg No. 48940) - admitted September 2001

## CERTIFICATE OF DISCIPLINARY ACTIONS

■ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will submit an "Attorney Registration Form" to be registered to access the Court's Case Management/Electronic File system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5. http://www.prd.uscourts.gov/CourtWeb/pdf/cmecf/PR_Registration_Form.pdf

20 October 2020
Date

_____
Signature

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this 22nd day of October, 2020.

_Matthew D. F_____
Signature

Name: MATTHEW D. EVANS
Title: Trial Attorney
Agency: U.S. Dep't of Justice
Agency's Name and Address: ENRD, ECA
150 M St NE
Washington DC 20002
Telephone Number: 202.305.0381